UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 09-6634 DSF (OPx) | Date | 11/9/11 |
| Title | United States v. Real Property in Big Bear California | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order to Show Cause re Stay

   The parties are ordered to show cause in writing by November 21, 2011 why the stay in this case should not be lifted.

   IT IS SO ORDERED.