```
 1  ANDRE' BIROTTE JR.                    cc: FISCAL
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  FRANK D. KORTUM
    Assistant United States Attorney
 6  California Bar Number 110984
    Asset Forfeiture Section
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-5710
 9       Facsimile: (213) 894-7177
         E-mail: Frank.Kortum@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. CV 09-06634 VAP (OPx) |
|---|---|
| Plaintiff, | ) **PARTIAL CONSENT JUDGMENT** |
| v. | ) **[This Partial Consent Judgment is not dispositive of this entire action]** |
| REAL PROPERTY IN BIG BEAR, CALIFORNIA, ET AL. | ) |
| Defendants. | ) |
| ERIC SCHMIDT AND JANET SCHMIDT, | ) |
| Claimants. | ) |

This action was filed on September 11, 2009. Notice was given and published in accordance with law. Claimants Janet and Eric Schmidt filed their respective claims in this action on

1

1  November 30, 2011.  No answers have been filed by the claimants.
2  Plaintiff and claimant Janet Schmidt have reached a partial
3  agreement as to the disposition of the action.  The parties
4  hereby request that the Court enter this Partial Consent Judgment
5  of Forfeiture.
6      **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**
7      1.   This court has jurisdiction over the parties and the
8  subject matter of this action.
9      2.   Notice of this action has been given in accordance with
10 law.  All potential claimants to the defendant are deemed to have
11 admitted the allegations of the Complaint.  The allegations set
12 out in the Complaint are sufficient to establish a basis for
13 forfeiture.
14     3.   Claimant Janet Schmidt agrees to withdraw her claim to
15 each of the defendant properties in this action.
16     4.   Claimant Janet Schmidt hereby releases the United
17 States of America, its agencies, agents, and officers, including
18 employees and agents of the Internal Revenue Service and Defense
19 Criminal Investigative Service, from any and all claims, actions
20 or liabilities arising out of or related to this action,
21 including, without limitation, any claim for attorney's fees,
22 costs or interest which may be asserted on its behalf.     5.
23     Plaintiff, United States of America, agrees that it will not
24 seek to recover civil sanctions (except to the extent that the
25 forfeiture of the defendants can be considered a civil sanction),
26 attorney's fees or costs in connection with this action or the
27 underlying seizure.
28

1    6.   The Court finds that there was reasonable cause for the
2 seizure of the defendants and institution of these proceedings.
3 This judgment shall be construed as a certificate of reasonable
4 cause pursuant to 28 U.S.C. § 2465.

Dated: February 3, 2012

                                         */s/ Virginia A. Phillips*
                                         THE HONORABLE VIRGINIA A. PHILLIPS
                                         UNITED STATES DISTRICT JUDGE

3

<u>CONSENT</u>

The parties hereto consent to the above Consent Judgment of Forfeiture and waive any right of appeal.

DATED: January 30, 2012

    ANDRÉ BIROTTE JR.
    United States Attorney
    ROBERT E. DUGDALE
    Assistant United States Attorney
    Chief, Criminal Division
    STEVEN R. WELK
    Assistant United States Attorney
    Chief, Asset Forfeiture Section

    _____/S/_____
    FRANK D. KORTUM
    Assistant United States Attorney

    Attorneys for Plaintiff
    United States of America

Date: January 30, 2012

    _____/S/_____
    JANET SCHMIDT

    Claimant

4