O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> REAL PROPERTY LOCATED IN BIG BEAR LAKE, CALIFORNIA; AND REAL PROPERTY LOCATED IN MURRIETA, CALIFORNIA, <br><br> Defendants. <br><br> ERIC SCHMIDT, <br><br> Claimant. | Case No. CV 09-06634 VAP (OPx) <br><br> **TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PERMANENT INJUNCTION SHOULD NOT ISSUE** <br><br> **[Motion filed on January 12, 2012]** |

Plaintiff the United States of America filed an Application for a Temporary Restraining Order (Doc. No. 67) on January 12, 2012.  Claimant Eric Schmidt filed no timely opposition.[1]  For good cause shown, the Court

---

[1] Claimant Janet Schmidt and Plaintiff United States of America entered a Consent Judgment (Doc. No. 68) by which Janet Schmidt agreed to withdraw her claims to both Defendant Properties.  Accordingly, the Court's Order is limited to Claimant Eric Schmidt.

hereby ORDERS that Claimant Eric Schmidt, his agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this Order, by personal service or otherwise, are temporarily restrained and enjoined from interfering with the interlocutory sale of Defendant Property located in Big Bear Lake, California.

The Court further ORDERS that Claimant Eric Schmidt shall appear before this Court on February 21, 2012, at 2 P.M., to show cause why this Court should not enter a permanent injunction permitting the sale of the Big Bear property to go forward without his consent. In the alternative, Claimant Eric Schmidt may file and serve on all parties written opposition to issuance of a preliminary injunction, no later than February 15, 2012.

Dated: February 6, 2012

                                      VIRGINIA A. PHILLIPS
                                United States District Judge

2