O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> REAL PROPERTY LOCATED IN BIG BEAR LAKE, CALIFORNIA; AND REAL PROPERTY LOCATED IN MURRIETA, CALIFORNIA, <br><br> Defendants. <br><br> ERIC SCHMIDT, <br><br> Claimant. | Case No. CV 09-06634 VAP (OPx) <br><br> **PRELIMINARY INJUNCTION** |

    Having found that Claimant Eric Schmidt has failed to show good cause for withholding approval of the interlocutory sale of the real property located in Big Bear Lake, California, the Court hereby ORDERS that the

sale of said property may go forward without Claimant's consent.

Dated: February 22, 2012

VIRGINIA A. PHILLIPS
United States District Judge