```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  FRANK D. KORTUM
    Assistant United States Attorney
 6  California Bar No. 110984
          United States Courthouse
 7        312 N. Spring Street, Suite 1400
          Los Angeles, California 90012
 8        Telephone:  (213) 894-5710
          Facsimile:  (213) 894-7177
 9        Email:      frank.kortum@usdoj.gov

10  Attorneys for Plaintiff
    United States of America
11
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. EDCV 09-06634-VAP (OPx) |
|---|---|
| Plaintiff, | ) |
| v. | ) **PRELIMINARY INJUNCTION** |
| REAL PROPERTY IN BIG BEAR LAKE, CALIFORNIA; AND REAL PROPERTY LOCATED IN MURRIETA CALIFORNIA, | ) |
| Defendants. | ) |
| ERIC SCHMIDT, | ) |
| Claimant. | ) |

//
//
//
//

The Court has reviewed and considered the papers filed in support of and in Opposition to the Issuance of a Preliminary Injunction, including Claimant Eric Schmidt's "Notice of Plaintiff's Erroneous Notice of Non-Receipt of Opposition to Preliminary Injunction Rather than the Court[']s Order of a Temporary Restraining Order and Order to Show Cause, etc.", and finds that Clamant Eric Schmidt has failed to show good cause for withholding approval of the interlocutory sale of the real property located in Murrieta, California, the Court hereby ORDERS that the sale of said property may go forward without his consent.

**IT IS SO ORDERED.**

DATED: June 11, 2012

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

Submitted by:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


         /S/
_____
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

FDK:gc